**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000612**
**22-JAN-2026**
**09:15 AM**
**Dkt. 36 OGMR**

NO. CAAP-25-0000612

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS SCHMIDT, Plaintiff/Counterclaim Defendant-Appellant, v.
JERE GEARHART and DALE GEARHART,
Defendants/Counterclaimants/Third-Party Plaintiffs-Appellees,
and BRIGIDA A. SCHMIDT, Third-Party Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-19-0002015)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Plaintiff/Counterclaim Defendant-Appellant Thomas Schmidt's (**Schmidt**) self-represented January 12, 2026 Motion to Set Aside Order Dismissing Appeal, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted as follows:

1.    The appeal is reinstated.

2.    Schmidt shall file the statement of jurisdiction on February 2, 2026 and the opening brief on March 2, 2026.

DATED: Honolulu, Hawaiʻi, January 22, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge